UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HMF AFFILIATES LLC and MHYS BRONX HOLDINGS LLC,

        Plaintiffs,

-against-

NEIL J. WEISMANN, EMMANUEL KLEIN, and FERAY GIRGIN,

        Defendants.

**ORDER**

21 Civ. 10078 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated at today's conference, Plaintiffs' motion to seal (Dkt. No. 14) is denied without prejudice to a revised motion. Any revised motion will (1) propose redactions that are narrowly tailored to cover only the commercially sensitive information contained in Exhibit C to the Complaint (Dkt. Nos. 1-2 – 1-15); and (2) include a detailed explanation – as to each proposed redaction – why the information at issue is commercially sensitive. Any revised motion will be filed by **April 14, 2022**.

        Plaintiffs will file a letter by **April 14, 2022**, stating whether they wish to proceed on their motion to transfer or for judgment on the pleadings. (Dkt. Nos. 12, 20) If so, Plaintiffs will provide affidavits and authority explaining why they have a good faith basis for the motion. Plaintiffs will propose a briefing schedule that has been discussed with Defendants' counsel.

        Defendants will respond to Plaintiffs' letter by **April 21, 2022**.

        The Clerk of Court is directed to terminate the motions (Dkt. Nos. 12, 14, 20).

Dated: New York, New York
       April 7, 2022

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge