UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HMF AFFILIATES LLC, et al.,<br><br>       Plaintiffs,<br>-v-<br><br>NEIL J. WEISMANN, EMANUEL KLEIN, and FERAY GIRGIN, as personal representatives of the estate of Sam Klein,<br><br>       Defendants. | CIVIL ACTION NO.: 21 Civ. 10078 (PGG) (SLC) |
| HMF AFFILIATES LLC, et al.,<br><br>       Plaintiffs,<br>-v-<br><br>NEIL J. WEISMANN, EMANUEL KLEIN, and FERAY GIRGIN, as personal representatives of the estate of Sam Klein,<br><br>       Defendants. | CIVIL ACTION NO.: 23 Civ. 1494 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request for a 30-day stay of these actions "[t]o facilitate global settlement discussions" (21cv10078 ECF No. 60; 23cv1494 ECF No. 40) is GRANTED, and these actions are STAYED for 30 days. The telephone conference scheduled in 21cv10078 for March 6, 2023 is CANCELLED. By **March 31, 2023**, the parties shall file a joint letter, no longer than three (3) pages, reporting on the status of their settlement discussions. The parties are reminded that they may request a settlement conference with the Court at any time.

Dated:  New York, New York      SO ORDERED.
     March 3, 2023

                     _____
                     **SARAH L. CAVE**
                     **United States Magistrate Judge**