UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HMF AFFILIATES LLC, et al., <br><br>             Plaintiffs, <br>   -v- <br><br> NEIL J. WEISMANN, EMANUEL KLEIN, and FERAY GIRGIN, as personal representatives of the estate of Sam Klein, <br><br>             Defendants. | CIVIL ACTION NO.: 21 Civ. 10078 (PGG) (SLC) |
| HMF AFFILIATES LLC, et al., <br><br>             Plaintiffs, <br>   -v- <br><br> NEIL J. WEISMANN, EMANUEL KLEIN, and FERAY GIRGIN, as personal representatives of the estate of Sam Klein, <br><br>             Defendants. | CIVIL ACTION NO.: 23 Civ. 1494 (PGG) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On May 2, 2023, at the parties' request, the Court extended the stay of these actions for an additional thirty (30) days, and directed the parties to file a joint letter, no longer than three (3) pages, reporting on the status of their settlement discussions (the "Letter") by June 1, 2023. (21cv10078 ECF No. 66; 23cv1494 ECF No. 46). The parties failed to file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **June 5, 2023**.

Dated:       New York, New York
             June 2, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge